**BIOGENEX LABORATORIES,**
Plaintiff–Appellant,

v.

**BIOTEK SOLUTIONS,**
**INC., Defendant,**

and

**Ventana Medical Systems, Inc.,**
Respondent–Appellee.

No. 06–1066.

United States Court of Appeals,
Federal Circuit.

May 14, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Ida M. GILMORE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 2007–3188.

United States Court of Appeals,
Federal Circuit.

May 14, 2007.

Ida M. Gilmore, pro se.

*ORDER*

The order of dismissal and the mandate dated 5/11/2007 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The Merit Systems Protection Board should compute the due date for filing its certified list 10 days from the date of filing of this order.